William A. Isaacson (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C.  20015
Telephone:  (202) 237-2727
Facsimile:  (202) 237-6131
Email:  wisaacson@bsfllp.com

Philip J. Iovieno (admitted *pro hac vice*)
Anne M. Nardacci (admitted *pro hac vice*)
Christopher V. Fenlon (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:  (518) 434-0665
Email: piovieno@bsfllp.com
        anardacci@bsfllp.com
        cfenlon@bsfllp.com

*Counsel for Plaintiffs*
INTERBOND CORPORATION OF AMERICA;
P.C. RICHARD & SON LONG ISLAND CORPORATION;
MARTA COOPERATIVE OF AMERICA, INC.; AND
ABC APPLIANCE, INC.

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case Nos. 3:11-cv-03763-SI (N.D. Cal.); 3:11-cv-04119-SI (N.D. Cal.) |
| This Document Relates To Individual Case Nos. 3:11-cv-03763-SI (N.D. Cal.); 3:11-cv-04119-SI (N.D. Cal.) | Master File No. 3:07-md-01827-SI (N.D. Cal.) MDL No. 1827 |
| INTERBOND CORPORATION OF AMERICA,      Plaintiff,   vs.   AU OPTRONICS CORPORATION, et al.,      Defendants. | **STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT, WAIVER OF SERVICE AND [~~PROPOSED~~] ORDER** |

1   P.C. RICHARD & SON LONG ISLAND
    CORPORATION; MARTA
2   COOPERATIVE OF AMERICA, INC. and
    ABC APPLIANCE, INC.
3
4           Plaintiffs,

5       vs.

6   AU OPTRONICS CORPORATION, et al.,

7           Defendants.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    WHEREAS, plaintiffs Interbond Corporation of America d/b/a BrandsMart USA

2   ("BrandsMart") and P.C. Richard & Son Long Island Corporation, MARTA Cooperative of

3   America, Inc. and ABC Appliance, Inc. ("collectively, PC Richard Plaintiffs") filed complaints in

4   the above-captioned cases against AU Optronics Corporation, AU Optronics Corporation America,

5   Chi Mei Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd.,

6   Epson Electronics America, Inc., Epson Imaging Devices Corporation, HannStar Display

7   Corporation, Hitachi Electronic Devices (USA), Inc., Hitachi, Ltd., Hitachi Displays, Ltd., LG

8   Display Co., Ltd., LG Display America, Inc. Mitsui & Co. (Taiwan), Ltd., Mitsui & Co. (USA),

9   Inc., NEC Corporation of America, NEC Display Solutions of America, Inc., NEC Electronics

10  America, Inc., Samsung Electronics America, Inc., Samsung Electronics Co., Inc., Samsung

11  Semiconductor, Inc., Sanyo Consumer Electronics Co., Ltd., Sharp Corporation, Sharp Electronics

12  Corporation, Tatung Company of America, Inc., Toshiba America Electronic Components, Inc.,

13  Toshiba America Information Systems, Inc., Toshiba Corporation, and Toshiba Mobile Display

14  Co., Ltd. (collectively, "Stipulating Defendants") on June 3, 2011 and June 15, 2011, respectively

15  ("Complaints");

16    WHEREAS, BrandsMart and PC Richard Plaintiffs wish to avoid the burden and expense

17  of serving process on the Stipulating Defendants;

18    WHEREAS, the Stipulating Defendants desire a reasonable amount of time to respond to

19  the Complaints; and

20    WHEREAS, BrandsMart, PC Richard Plaintiffs and the Stipulating Defendants believe

21  that proceeding on a unified response date will create efficiency for the Court and the parties.

22    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the

23  undersigned counsel, on behalf of their respective clients, BrandsMart and PC Richard Plaintiffs,

24  on the one hand, and the Stipulating Defendants, on the other hand, as follows:

25    1.    The Stipulating Defendants waive service of the Complaints under Federal Rule of

26  Civil Procedure 4(d).  This stipulation does not constitute a waiver by the Stipulating Defendants

27  of any other substantive or procedural defense, including but not limited to the defenses of lack of

28  personal or subject matter jurisdiction and improper venue.

STIPULATION OF EXTENSION OF TIME TO
RESPOND TO COMPLAINT, WAIVER OF SERVICE          1
AND [PROPOSED] ORDER.

Case Nos. 3:11-cv-03763-SI; 3:11-cv-04119-SI
Master File No. 3:07-md-01827-SI

2.      The Stipulating Defendants' deadline to move to dismiss, answer, or otherwise respond to the Complaints will be ninety (90) days from the execution of this stipulation, subject to Federal Rule of Civil Procedure 6(a)(1).

DATED:  July 8, 2011

_____ /s/ William A. Isaacson _____
William A. Isaacson (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C.  20015
Telephone:  (202) 237-2727
Facsimile:   (202) 237-6131
Email:  wisaacson@bsfllp.com

Philip J. Iovieno (admitted *pro hac vice*)
Anne M. Nardacci (admitted *pro hac vice*)
Christopher V. Fenlon (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:   (518) 434-0665
Email: piovieno@bsfllp.com
          anardacci@bsfllp.com
          cfenlon@bsfllp.com

Stuart H. Singer (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile:  (954) 356-0022
Email:  ssinger@bsfllp.com

*Counsel for Plaintiffs*
*Interbond Corporation of America, P.C. Richard & Son*
*Long Island Corporation, MARTA Cooperative of*
*America, Inc. and ABC Appliance, Inc.*

_____ /s/ Christopher A. Nedeau _____
Christopher A. Nedeau (CA Bar No. 81297)
Carl L. Blumenstein (CA Bar No. 124158)
Katharine Chao (CA Bar No. 247571)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, California  94111-4799
(415) 398-3600 (Phone)
(415) 398-2438 (Facsimile)
*cnedeau@nossaman.com*
*cblumenstein@nossaman.com*
*kchao@nossaman.com*

*Counsel for Defendants AU Optronics Corporation and*
*AU Optronics Corporation America*

1

     _____/s/ Neal A. Potischman_____
     Christopher B. Hockett (SBN 121539)
2    Neal A. Potischman (SBN 254862)
     Sandra West (SBN 250389)
3    Samantha H. Knox (SBN 254427)
     Micah G. Block (SBN 270712)
4    DAVIS POLK & WARDWELL LLP
     1600 El Camino Real
5    Menlo Park, California  94025
     (650) 752-2000 / (650) 752-2111
6    chris.hockett@davispolk.com
7    neal.potischman@davispolk.com
     sandra.west@davispolk.com
8    samantha.knox@davispolk.com
     micah.block@davispolk.com
9

10   Jonathan D. Martin (admitted pro hac vice)
     Bradley R. Hansen (admitted pro hac vice)
11   DAVIS POLK & WARDWELL LLP
     450 Lexington Avenue
12   New York, New York 10017
     (212) 450-4000 / (212) 701-5800
13   jonathan.martin@davispolk.com
     bradley.hansen@davispolk.com
14

15   *Counsel for Defendants Chimei Innolux Corporation*
     *(f/k/a Chi Mei Optoelectronics Corp.), Chi Mei*
16   *Optoelectronics USA, Inc., and CMO Japan Co., Ltd.*

17   _____/s/ Stephen P. Freccero_____
     Melvin R. Goldman (CA Bar No. 34097)
18   Stephen P. Freccero (CA Bar No. 131093)
     Derek F. Foran (CA Bar No. 224569)
19   MORRISON & FOERSTER LLP
     425 Market Street
20   San Francisco, CA 94105-2482
     (415) 268-7000 (Phone)
21   (415) 268-7522 (Facsimile)
     *mgoldman@mofo.com*
22   *sfreccero@mofo.com*
     *dforan@mofo.com*
23
     *Counsel for Defendants Epson Electronics America, Inc.*
24   *and Epson Imaging Devices Corporation*

25

26

27

28

1

2                  /s/ Ramona M. Emerson
Hugh F. Bangasser (*pro hac vice*)

3            Ramona M. Emerson (*pro hac vice*)
Christopher M. Wyant (*pro hac vice*)

4            K&L GATES LLP
925 Fourth Avenue, Suite 2900

5            Seattle, WA 98104
(206) 623-7580 (Phone)

6            (206) 370-6371 (Facsimile)
*romana.emerson@klgates.com*

7

8            Jeffrey L. Bornstein, (CA State Bar No. 99358)
K&L GATES LLP

9            Four Embarcadero Center, Suite 1200
San Francisco, CA  94111

10           Phone: (415) 249-1059
Fax:    (415) 882-8220

11           *Counsel for Defendant HannStar Display Corporation*

12                  /s/ Kent M. Roger
Kent M. Roger (CA Bar No. 95987)

13           Michelle Kim-Szrom (CA Bar No. 252901)
Jennifer L. Calvert (CA Bar No. 258018)

14           MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower

15           San Francisco, CA 94105-1126
(415) 442-1000 (Phone)

16           (415) 442-1001 (Facsimile)
*kroger@morganlewis.com*

17           *mkim-szrom@morganlewis.com*
*jennifer.calvert@morganlewis.com*

18

19           *Counsel for Defendants Hitachi, Ltd., Hitachi Displays,*
*Ltd. and Hitachi Electronic Devices (USA), Inc.*

20

21                  /s/ Michael R. Lazerwitz
Michael R. Lazerwitz, Esq.

22           Lee F. Berger, Esq.
CLEARY GOTTLIEB STEEN &

23           HAMILTON LLP
2000 Pennsylvania Avenue, NW

24           Washington, DC 20006
Telephone: (202) 974-1500

25           Facsimile: (202) 974-1999
Email: mlazerwitz@cgsh.com

26                 lberger@cgsh.com

27           *Counsel for Defendants LG Display Co. Ltd.*
*and LG Display America, Inc.*

28

STIPULATION OF EXTENSION OF TIME TO
RESPOND TO COMPLAINT, WAIVER OF SERVICE     4     Case Nos. 3:11-cv-03763-SI; 3:11-cv-04119-SI
AND [PROPOSED] ORDER                           Master File No. 3:07-md-01827-SI

1

                                                    /s/ Michael E. Mumford
2                                          Paul P. Eyre
                                           Ernest E. Vargo
3                                          Michael E. Mumford
                                           BAKER & HOSTETLER LLP
4                                          PNC Center
                                           1900 East Ninth Street, Suite 3200
5                                          Cleveland, Ohio 44114-3482
                                           (216) 621-0200 (Phone)
6                                          (216) 696-0740 (Facsimile)
                                           *peyre@bakerlaw.com*
7                                          *evargo@bakerlaw.com*
                                           *mmumford@bakerlaw.com*

8                                          *Counsel for Defendant Mitsui & Co. (Taiwan), Ltd. and*
                                           *Mitsui & Co. (U.S.A.), Inc.*
9

10                                                  /s/ George D. Niespolo
                                           George D. Niespolo (CA Bar No. 72107)
                                           Stephen H. Sutro (CA Bar No. 172168)
11                                         DUANE MORRIS LLP
                                           1 Market, Spear Tower, Suite 2200
12                                         San Francisco, CA 94105-1104
                                           (415) 957-3000 (Phone)
13                                         (415) 957-3001 (Facsimile)
                                           gdniespolo@duanemorris.com
14                                         shsutro@duanemorris.com

15                                         *Counsel for Defendants NEC Corporation of America,*
                                           *NEC Display Solutions of America, Inc., and NEC*
16                                         *Electronics America, Inc.*

17

18

19

20

21

22

23

24

25

26

27

28

1

_____/s/ Neil K. Roman_____
Robert D. Wick (Pro hac vice)

2

Derek Ludwin (Pro hac vice)
Neil K. Roman (Pro hac vice)

3

COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.

4

Washington, DC 20004
(202) 662-6000 (Phone)

5

(202) 662-6291 (Facsimile)
*rwick@cov.com*

6

*dludwin@cov.com*
*nroman@cov.com*

7

8

Simon J. Frankel
Jeffrey Michael Davidson

9

COVINGTON & BURLING LLP
One Front Street

10

San Francisco, CA 94111
415-591-6000

11

Fax: 415-591-6091
Email: sfrankel@cov.com

12

jdavidson@cov.com

13

*Counsel for Defendants Samsung*
*Semiconductor, Inc., Samsung Electronics*

14

*Co., Ltd., and Samsung Electronics America, Inc.*

15

_____/s/ Allison A. Davis_____
Allison A. Davis (CA Bar No. 139203)

16

DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800

17

San Francisco, CA 94111-6533
(415) 276-6500 (Phone)

18

(415) 276-6599 (Facsimile)
*allisondavis@dwt.com*

19

20

Nick S. Verwolf (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP

21

777 – 108th Ave. N.E., Suite 2300
Bellevue, WA 98004

22

(425) 646-6125 (Phone)
(425) 646-6199 (Facsimile)

23

*nickverwolf@dwt.com*

24

*Counsel for Defendant Sanyo Consumer Electronics Co.,*
*Ltd.*

25

26

27

28

STIPULATION OF EXTENSION OF TIME TO
RESPOND TO COMPLAINT, WAIVER OF SERVICE
AND [PROPOSED] ORDER

6

Case Nos. 3:11-cv-03763-SI; 3:11-cv-04119-SI
Master File No. 3:07-md-01827-SI

_____/s/ Jacob R. Sorensen_____
John M. Grenfell (CA Bar No. 88500)
Jacob R. Sorensen (CA Bar No. 209134)
Fusae Nara (*pro hac vice*)
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street
San Francisco, CA 94105
(415) 983-1000 (Phone)
(415) 983-1200 (Facsimile)
*john.grenfell@pillsburylaw.com*
*jake.sorensen@pillsburylaw.com*
*fusae.nara@pillsburylaw.com*

*Counsel for Defendants Sharp Corporation and Sharp Electronics Corporation*

_____/s/ Rachel S. Brass_____
Rachel S. Brass
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-2933
(415) 393-8200 (Phone)
(415) 393-8306 (Facsimile)
*rbrass@gibsondunn.com*

*Counsel for Defendant Tatung Company of America, Inc.*

_____/s/ John H. Chung_____
John H. Chung
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787
(212) 819-8200 (Phone)
(212) 354-8113 (Facsimile)
*jchung@whitecase.com*

*Counsel for Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., and Toshiba Mobile Display Co., Ltd.*

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from stipulating defendants.

1     **IT IS SO ORDERED.**

2

3     Dated: _____8/25_____, 2011

4

5                        Susan Illston, United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28