Paul P. Eyre
Ernest E. Vargo
Michael E. Mumford
BAKER & HOSTETLER LLP
PNC Center
1900 East Ninth Street, Suite 3200
Cleveland, Ohio 44114-3482
Telephone: 216.621.0200
Facsimile: 216.696.0740
peyre@bakerlaw.com
evargo@bakerlaw.com
mmumford@bakerlaw.com

Tracy Cole
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4210
Facsimile: (212) 589-4201
tcole@bakerlaw.com

Attorneys for Defendant Mitsui & Co. (Taiwan), Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to Individual Case No. 3:11-cv-04119-SI | Case No. 3:11-cv-04119-SI<br><br>Master File No. 3:07-md-1827-SI<br><br>MDL No. 1827 |
| P.C. RICHARD & SON LONG ISLAND CORPORATION, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>    Defendants. | STIPULATION OF EXTENSION OF TIME FOR DEFENDANT MITSUI & CO. (TAIWAN), LTD. TO RESPOND TO THE COMPLAINT AND [~~PROPOSED~~] ORDER<br><br>**Clerk's Action Required** |

| | |
|---|---|
| 1 | WHEREAS, plaintiffs P.C. Richard & Son Long Island Corporation, Marta Cooperative America, Inc., and ABC Appliance, Inc. ("Plaintiffs") filed a Complaint in the above-captioned action against defendant Mitsui & Co. (Taiwan), Ltd. ("Mitsui Taiwan"), among other defendants, on June 15, 2011. |

WHEREAS, plaintiffs P.C. Richard & Son Long Island Corporation, Marta Cooperative America, Inc., and ABC Appliance, Inc. ("Plaintiffs") filed a Complaint in the above-captioned action against defendant Mitsui & Co. (Taiwan), Ltd. ("Mitsui Taiwan"), among other defendants, on June 15, 2011.

Whereas, Plaintiffs and Mitsui Taiwan previously entered into a stipulation giving Mitsui Taiwan until October 6, 2011 to move to dismiss, answer, or otherwise respond to the Complaint. (*See* Dkt. #10; MDL Dkt. #3717.)

WHEREAS, Plaintiffs and Mitsui Taiwan have reached an agreement, pursuant to Civil Rule L.R. 6-1(a), pursuant to which Mitsui Taiwan shall have an additional extension until December 1, 2011 in which to move against, answer, or otherwise respond to the Complaint.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, Plaintiffs, on the one hand, and Mitsui Taiwan, on the other hand, that Mitsui Taiwan's deadline to move to dismiss, answer, or otherwise respond to the Complaint will be December 1, 2011.

Dated: October 4, 2011

By: /s/ Michael E. Mumford
Paul P. Eyre
Ernest E. Vargo
Michael E. Mumford
BAKER & HOSTETLER LLP
PNC Center
1900 East Ninth Street, Suite 3200
Cleveland, Ohio 44114-3482
(216) 621-0200 (Phone)
(216) 696-0740 (Facsimile)
*peyre@bakerlaw.com*
*evargo@bakerlaw.com*
*mmumford@bakerlaw.com*

*Counsel for Defendant Mitsui & Co. (Taiwan), Ltd.*

By: /s/ Philip J. Iovieno
Philip J. Iovieno
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
(518) 434-0600 (Phone)
(518) 434-0665 (Facsimile)
piovieno@bsfllp.com

*Counsel for Plaintiffs P.C. Richard & Son Long Island Corporation, Marta Cooperative America, Inc., and ABC Appliance, Inc.*

Attestation: The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

## [PROPOSED] ORDER

IT IS SO ORDERED.

DATED this \_\_4th\_\_ day of \_\_Oct., 2011\_\_, \_\_\_\_\_.

By: /s/ Susan Illston
Hon. SUSAN ILLSTON

503775668

---

STIPULATION OF EXTENSION OF TIME FOR MITSUI
TAIWAN TO RESPOND TO THE COMPLAINT

2

Case No. 3:11-cv-04119-SI
Master File No. 3:07-md-01827-SI