1 | William A. Isaacson (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
2 | 5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
3 | Telephone: (202) 237-2727
Facsimile: (202) 237-6131
4 | Email: wisaacson@bsfllp.com

5 | Philip J. Iovieno (admitted *pro hac vice*)
Anne M. Nardacci (admitted *pro hac vice*)
6 | Christopher V. Fenlon (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
7 | 10 North Pearl Street, 4th Floor
Albany, NY 12207
8 | Telephone: (518) 434-0600
Facsimile: (518) 434-0665
9 | Email: piovieno@bsfllp.com
anardacci@bsfllp.com
10 | cfenlon@bsfllp.com

11 | Counsel for Plaintiffs
P.C. RICHARD & SON LONG ISLAND CORPORATION,
12 | MARTA COOPERATIVE OF AMERICA, INC., and
ABC APPLIANCE, INC.

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:11-cv-04119-SI (N.D. Cal.) |
| | Master File No. 3:07-md-01827-SI (N.D. Cal.) |
| This Document Relates To Individual Case No. 3:11-cv-04119-SI (N.D. Cal.) | MDL No. 1827 |
| P.C. RICHARD & SON LONG ISLAND CORPORATION; MARTA COOPERATIVE OF AMERICA, INC; and ABC APPLIANCE, INC., Plaintiffs, vs. AU OPTRONICS CORPORATION, et al., Defendants. | **STIPULATION AND [~~PROPOSED~~] ORDER WITHDRAWING JOINT MOTION TO DISMISS, NEC'S MOTION TO DISMISS, SANYO'S MOTION TO DISMISS, AND EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT** |

Plaintiffs, P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., and ABC Appliance, Inc. ("Plaintiffs"), and Defendants, through the undersigned counsel, request that the Court enter the following order to withdraw (1) Defendants' Joint Motion to Dismiss Plaintiffs' complaint, (2) Defendants NEC Corporation, NEC Corporation of America, NEC Display Solutions of America, Inc., NEC Electronics America, Inc., and NEC LCD Technologies, Ltd.'s ("NEC") Motion to Dismiss Plaintiffs' complaint, and (3) Defendant Sanyo Consumer Electronics, Co., Ltd.'s ("Sanyo CE") Motion to Dismiss, and extend Defendants' time to respond to the amended complaint that Plaintiffs will file on or before November 1, 2011.

WHEREAS, on October 4, 2011, Plaintiffs and Defendant Mitsui & Co. (Taiwan), Ltd. ("Mitsui Taiwan") entered into a stipulation giving Mitsui Taiwan until December 1, 2011 to answer, move, or otherwise respond to Plaintiffs' complaint.

WHEREAS, on October 6, 2011, certain Defendants filed a joint motion to dismiss Plaintiffs' complaint in this action (MDL Dkt. No. 3848), and Defendants NEC and Sanyo CE filed separate motions to dismiss Plaintiffs' complaint (MDL Dkt. Nos. 3851 and 3854, respectively) (the "Motions");

WHEREAS the hearing on the Motions is scheduled for November 18, 2011;

WHEREAS Plaintiffs, although they oppose the Motions, will exercise their right under Federal Rule of Civil Procedure 15(a) to file a First Amended Complaint in lieu of filing an opposition to the Motions;

WHEREAS the parties agree that the briefing dates and hearing associated with the Motions should be withdrawn and that Plaintiffs will file their First Amended Complaint after the existing deadline to file their oppositions to the Motions;

WHEREAS the parties further agree that Plaintiffs may have until November 1, 2011 to file a First Amended Complaint and all Defendants may have until December 5, 2011 to respond to the First Amended Complaint, that Plaintiffs may have until December 23, 2011 to oppose or otherwise respond to Defendants' response, and that Defendants may have until January 9, 2012 to reply to such opposition;

WHEREAS the parties further agree that the hearing on any responses made by Defendants may be noticed for January 20, 2012;

WHEREAS the parties further agree that, in the alternative, the Defendants may have 60 days from the date the First Amended Complaint is filed to answer said complaint;

THEREFORE, Plaintiffs, by their counsel, and Defendants, by the undersigned counsel, stipulate and agree as follows:

1. The Motions shall be withdrawn and the briefing schedule and hearing date stricken.

2. Plaintiffs shall file a First Amended Complaint on or before November 1, 2011.

3. All Defendants shall respond to the First Amended Complaint by December 5, 2011.

4. Plaintiffs shall oppose or otherwise respond to Defendants' filings by December 23, 2011.

5. Defendants shall submit any replies by January 9, 2012.

6. The hearing on any responses made by Defendants shall be noticed for January 20, 2012.

7. In the alternative, all Defendants shall have 60 days from the date the First Amended Complaint is filed to answer said Complaint.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED: October 20, 2011 | /s/ William A. Isaacson |
| | William A. Isaacson (admitted *pro hac vice*) |
| | BOIES, SCHILLER & FLEXNER LLP |
| | 5301 Wisconsin Ave. NW, Suite 800 |
| | Washington, D.C. 20015 |
| | Telephone: (202) 237-2727 |
| | Facsimile: (202) 237-6131 |
| | Email: wisaacson@bsfllp.com |
| | |
| | Philip J. Iovieno (admitted *pro hac vice*) |
| | Anne M. Nardacci (admitted *pro hac vice*) |
| | Christopher V. Fenlon (admitted *pro hac vice*) |
| | BOIES, SCHILLER & FLEXNER LLP |
| | 10 North Pearl Street, 4th Floor |
| | Albany, NY 12207 |
| | Telephone: (518) 434-0600 |
| | Facsimile: (518) 434-0665 |
| | Email: piovieno@bsfllp.com |
| | anardacci@bsfllp.com |
| | cfenlon@bsfllp.com |

*Counsel for Plaintiffs P.C. Richard & Son, LLC, MARTA Cooperative of America, Inc., and ABC Appliance, Inc.*

/s/ Christopher A. Nedeau
Carl L. Blumenstein (CA Bar No. 124158)
Christopher A. Nedeau (CA Bar No. 81297)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, California 94111-4799
Telephone: (415) 398-3600
Facsimile: (415) 398-2438
Email: cnedeau@nossaman.com
cblumenstein@nossaman.com

*Counsel for Defendants AU Optronics Corporation and AU Optronics Corporation America*

| | |
|---|---|
| 1 | /s/ Neal A. Potischman |
| | Christopher B. Hockett (SBN 121539) |
| 2 | Neal A. Potischman (SBN 254862) |
| | Sandra West (SBN 250389) |
| 3 | Samantha H. Knox (SBN 254427) |
| | Micah G. Block (SBN 270712) |
| 4 | DAVIS POLK & WARDWELL LLP |
| 5 | 1600 El Camino Real |
| | Menlo Park, California 94025 |
| 6 | Telephone: (650) 752-2000 |
| | Facsimile: (650) 752-2111 |
| 7 | Email: chris.hockett@davispolk.com |
| 8 | neal.potischman@davispolk.com |
| | sandra.west@davispolk.com |
| 9 | samantha.knox@davispolk.com |
| | micah.block@davispolk.com |
| 10 | |
| 11 | Jonathan D. Martin (admitted pro hac vice) |
| | DAVIS POLK & WARDWELL LLP |
| 12 | 450 Lexington Avenue |
| | New York, New York 10017 |
| 13 | Telephone: (212) 450-4000 |
| | Facsimile: (212) 701-5800 |
| 14 | Email: jonathan.martin@davispolk.com |
| 15 | |
| | *Counsel for Defendants Chimei Innolux Corporation* |
| 16 | *(f/k/a Chi Mei Optoelectronics Corp.), Chi Mei* |
| | *Optoelectronics USA, Inc., and CMO Japan Co., Ltd.* |
| 17 | |
| 18 | |
| 19 | |
| 20 | /s/ Stephen P. Freccero |
| | Melvin R. Goldman (CA Bar No. 34097) |
| 21 | Stephen P. Freccero (CA Bar No. 131093) |
| | Derek F. Foran (CA Bar No. 224569) |
| 22 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 23 | San Francisco, CA 94105-2482 |
| | Telephone: (415) 268-7000 |
| 24 | Facsimile: (415) 268-7522 |
| | Email: mgoldman@mofo.com |
| 25 | sfreccero@mofo.com |
| | dforan@mofo.com |
| 26 | |
| 27 | *Counsel for Defendants Epson Electronics America, Inc.* |
| | *and Epson Imaging Devices Corporation* |
| 28 | |

| | |
|---|---|
| 1 | _____/s/ Ramona M. Emerson_____ |
| 2 | Hugh F. Bangasser (*pro hac vice*) |
| | Ramona M. Emerson (*pro hac vice*) |
| 3 | K&L GATES LLP |
| | 925 Fourth Avenue, Suite 2900 |
| 4 | Seattle, WA 98104 |
| | Telephone: (206) 623-7580 |
| 5 | Facsimile: (206) 370-6371 |
| 6 | Email: hugh.bangasser@klgates.com |
| | ramona.emerson@klgates.com |
| 7 | |
| | Jeffrey L. Bornstein, (CA State Bar No. 99358) |
| 8 | K&L GATES LLP |
| | Four Embarcadero Center, Suite 1200 |
| 9 | San Francisco, CA 94111 |
| | Telephone: (415) 249-1059 |
| 10 | Facsimile: (415) 882-8220 |
| | Email: jeffrey.bornstein@klgates.com |
| 11 | |
| 12 | *Counsel for Defendant HannStar Display Corporation* |
| 13 | _____/s/ Kent M. Roger_____ |
| | Kent M. Roger (CA Bar No. 95987) |
| 14 | Michelle Kim-Szrom (CA Bar No. 252901) |
| | Jennifer L. Calvert (CA Bar No. 258018) |
| 15 | MORGAN LEWIS & BOCKIUS LLP |
| | One Market, Spear Street Tower |
| 16 | San Francisco, CA 94105-1126 |
| | Telephone: (415) 442-1000 |
| 17 | Facsimile: (415) 442-1001 |
| | Email: kroger@morganlewis.com |
| 18 | mkim-szrom@morganlewis.com |
| | jennifer.calvert@morganlewis.com |
| 19 | |
| 20 | *Counsel for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. and Hitachi Electronic Devices (USA), Inc.* |

STIPULATION AND [PROPOSED] ORDER - 5 - Case No. 3:11-cv-04119-SI
Master File No. 3:07-md-01827-SI

|   |   |
|---|---|
| 1 |     /s/ Kevin C. McCann |
|   | Holly House (SBN 136045) |
| 2 | Kevin McCann (SBN 120874) |
|   | Sean Unger (SBN 231694) |
| 3 | PAUL HASTINGS LLP |
|   | 55 Second Street |
| 4 | Twenty-Fourth Floor |
|   | San Francisco, CA 94105-3441 |
| 5 | Email: hollyhouse@paulhastings.com |
|   |     kevinmccann@paulhastings.com |
| 6 |     seanunger@paulhastings.com |

Michael R. Lazerwitz (*pro hac vice*)
Lee F. Berger (SBN 222756)
Jeremy J. Calsyn (SBN 205062)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Email: mlazerwitz@cgsh.com
    lberger@cgsh.com
    jcalsyn@cgsh.com

*Counsel for Defendants LG Display Co. Ltd. and LG Display America, Inc.*

    /s/ Michael E. Mumford
Paul P. Eyre
Ernest E. Vargo
Michael E. Mumford
BAKER & HOSTETLER LLP
1900 East 9th Street, Suite 3200
Cleveland, OH 44114
Telephone: (216) 621-0200
Facsimile: (216) 696-0740
Email: peyre@bakerlaw.com
    evargo@bakerlaw.com
    mmumford@bakerlaw.com

*Counsel for Defendants Mitsui and Co. (Taiwan), Ltd., and Mitsui & Co. (U.S.A.), Inc.*

| | |
|---|---|
| 1 | /s/ George Niespolo |
| 2 | George Niespolo (SBN 72107)<br>Stephen Holbrook Sutro (SBN 172168) |
| 3 | DUANE MORRIS LLP<br>One Market Plaza, Spear Tower<br>Suite 2000 |
| 4 | San Francisco, CA 94105<br>Telephone: (415) 957-3000 |
| 5 | Facsimile: (415) 957-3001<br>Email: gdniespolo@duanemorris.com |
| 6 | shsutro@duanemorris.com |
| 7 | *Counsel for NEC Corporation of America, NEC Display Solutions of America, Inc., and NEC Electronics America, Inc.* |
| 8 | |
| 9 | /s/ Robert D. Wick |
| 10 | Robert D. Wick (*pro hac vice*)<br>Derek Ludwin (*pro hac vice*) |
| 11 | Neil K. Roman (*pro hac vice*)<br>COVINGTON & BURLING LLP |
| 12 | 1201 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004 |
| 13 | Telephone: (202) 662-6000<br>Facsimile: (202) 662-6291 |
| 14 | Email: dludwin@cov.com<br>rwick@cov.com |
| 15 | jdavidson@cov.com |
| 16 | *Counsel for Defendants Samsung Semiconductor, Inc., Samsung Electronics* |
| 17 | *Co., Ltd., and Samsung Electronics America, Inc.* |
| 18 | /s/ Allison A. Davis |
| 19 | Allison A. Davis (CA Bar No. 139203)<br>DAVIS WRIGHT TREMAINE LLP |
| 20 | 505 Montgomery Street, Suite 800<br>San Francisco, CA 94111-6533 |
| 21 | Telephone: (415) 276-6500<br>Facsimile: (415) 276-6599 |
| 22 | Email: allisondavis@dwt.com |
| 23 | Nick S. Verwolf (*pro hac vice*)<br>DAVIS WRIGHT TREMAINE LLP |
| 24 | 777 – 108th Ave. N.E., Suite 2300<br>Bellevue, WA 98004 |
| 25 | Telephone: (425) 646-6125<br>Facsimile: (425) 646-6199 |
| 26 | Email: nickverwolf@dwt.com |
| 27 | *Counsel for Defendant Sanyo Consumer Electronics Co., Ltd.* |
| 28 | |

| | |
|---|---|
| 1 |        /s/ Jacob R. Sorensen |
| 2 | John M. Grenfell (CA Bar No. 88500)<br>Jacob R. Sorensen (CA Bar No. 209134) |
| 3 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>50 Fremont Street |
| 4 | San Francisco, CA 94105<br>Telephone: (415) 983-1000 |
| 5 | Facsimile: (415) 983-1200<br>Email: john.grenfell@pillsburylaw.com |
| 6 |        jake.sorensen@pillsburylaw.com |
| 7 | *Counsel for Defendants Sharp Corporation and Sharp Electronics Corporation* |
| 8 | |
| 9 |        /s/ Rachel S. Brass<br>Joel S. Sanders |
| 10 | Rachel S. Brass<br>GIBSON, DUNN & CRUTCHER LLP |
| 11 | 555 Mission Street, Suite 3000<br>San Francisco, CA 94105-2933 |
| 12 | Telephone: (415) 393-8200<br>Facsimile: (415) 393-8306 |
| 13 | Email: jsanders@gibsondunn.com<br>       rbrass@gibsondunn.com |
| 14 | *Counsel for Defendant Tatung Company of America, Inc.* |
| 15 |        /s/ John H. Chung |
| 16 | John H. Chung (*pro hac vice*)<br>WHITE & CASE LLP |
| 17 | 1155 Avenue of the Americas<br>New York, NY 10036-2787 |
| 18 | Telephone: (212) 819-8200<br>Facsimile: (212) 354-8113 |
| 19 | Email: jchung@whitecase.com |
| 20 | Christopher M. Curran (*pro hac vice*)<br>Kristen J. McAhren (*pro hac vice*) |
| 21 | WHITE & CASE LLP<br>701 Thirteenth Street, NW |
| 22 | Washington, DC 20005-3807<br>Telephone: (202) 626-3600 |
| 23 | Facsimile: (202) 639-9355<br>Email: ccurran@whitecase.com |
| 24 |        kmcahren@whitecase.com |
| 25 | *Counsel for Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., and Toshiba Mobile Display Co., Ltd.* |
| 26 | |
| 27 | |
| 28 | |

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from stipulating defendants.

**IT IS SO ORDERED.**

Dated: _____10/24_____, 2011

_____
Susan Illston, United States District Judge