# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master Docket No. M:07-1827 SI |
| | MDL No. 1827 |
| THIS ORDER RELATES TO: | Case No. 3:10-cv-3205-SI |
| | Case No. 3:10-cv-5458-SI |
| *Tracfone Wireless, Inc. v. AU Optronics Corp.* 3:10-cv-3205-SI | Case No. 3:10-cv-5616-SI |
| | Case No. 3:10-cv-5625-SI |
| *SB Liquidating Trust v. AU Optronics Corp.,* 3:10-cv-5458-SI | Case No. 3:11-cv-829-SI |
| | Case No. 3:11-cv-2225-SI |
| *Sony Electronics Inc. v. LG Display Co., Ltd.,* 3:10-cv-5616-SI | Case No. 3:11-cv-2495-SI |
| | Case No. 3:11-cv-2591-SI |
| *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust, v. AU Optronics Corp.,* 3:10-cv-5625-SI | Case No. 3:11-cv-3342-SI |
| | Case No. 3:11-cv-3763-SI |
| | Case No. 3:11-cv-3856-SI |
| | Case No. 3:11-cv-4116-SI |
| *MetroPCS Wireless, Inc. v. AU Optronics Corp,* 3:11-cv-829-SI. | Case No. 3:11-cv-4119-SI |
| | Case No. 3:11-cv-4119-SI |
| *Office Depot, Inc. v. AU Optronics Corp.,* 3:11-cv-2225-SI | Case No. 3:11-cv-4119-SI |
| | Case No. 3:11-cv-5765-SI |
| *Jaco Electronics, Inc. v. AU Optronics Corp.,* 3:11-cv-2495-SI | Case No. 3:11-cv-5781-SI |
| | Case No. 3:11-cv-6241-SI |
| *T-Mobile U.S.A., Inc. v. AU Optronics Corp.,* 3:11-cv-2591-SI | Case No. 3:12-cv-335-SI |
| | Case No. 3:12-cv-1426-SI |
| *Electrograph Systems, Inc. v. NEC Corp., et al.,* 3:11-cv-3342-SI | Case No. 3:12-cv-1599-SI |
| | Case No. 3:12-cv-2214-SI |
| | Case No. 3:12-cv-2495-SI |
| *Interbond Corp. of America v. AU Optronics Corp.,* 3:11-cv-3763-SI | |
| | **[Proposed] ORDER RE: PRETRIAL AND TRIAL SCHEDULE FOR TRACK TWO DIRECT ACTION CASES** |
| *Schultze Agency Services, LLC, on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, v. AU Optronics Corp.,* 3:11-cv-3856-SI | |
| *Hewlett-Packard Co. v. AU Optronics Corp.,* 3:11-cv-4116-SI | |
| *ABC Appliance, Inc. v. AU Optronics Corp.,* 3:11-cv-4119-SI | |
| *Marta Cooperative of America, Inc. v. AU Optronics Corp.,* 3:11-cv-4119-SI | |
| *P.C. Richard & Son Long Island Corp. v. AU Optronics Corp.,* 3:11-cv-4119-SI | |
| *Tech Data Corp. v. AU Optronics Corp.,* 3:11-cv-5765-SI | |
| *The AASI Creditor Liquidating Trust, by and* | |

ADDED:
10-4346 State of Oregon, V. AO Optronics

1  *through Kenneth A. Welt, Liquidating Trustee, v.*
   *AU Optronics Corp.*, 3:11-cv-5781-SI

2  *CompuCom* Systems, *Inc. v. AU Optronic Corp.*,
3  3:11-cv-6241-SI

   *Viewsonic Corp. v. AU Optronics Corp.*,
4  3:12-cv-335-SI

5  *NECO Alliance LLC v. AU Optronics Corp.*,
   3:12-cv-1426-SI

6  *Sony Electronics Inc. v. AU Optronics Corp.*,
   3:12-cv-1599-SI

7  *Sony Electronics Inc. v. Hannstar Display Corp.*,
8  3:12-cv-2214-SI

   *Rockwell Automation, Inc. v. AU Optronics Corp.*,
9  3:12-cv-2495-SI

11      The Court adopts the following pretrial and trial schedule for the direct action cases listed

12  above[1]:

| Event | Date |
|---|---|
| Last day to amend complaints and join parties without leave of court | July 13, 2012 |
| Disclosure of identities of plaintiffs' experts and one paragraph description of issues to be addressed by each expert | September 7, 2012 |
| Disclosure of identities of defendants' experts and one paragraph description of issues to be addressed by each expert  * FURTHER CASE MANAGEMENT CONFERENCE : 11/9/12 @ 3 P.M. | November 9, 2012 ~~October 12, 2012~~ |
| Close of limited fact discovery unique to DAP cases | December 21, 2012 |
| Service of opening expert reports for plaintiffs | January 11, 2013 |
| Service of underlying data and code | January 16, 2013 |
| Service of opposition expert reports | April 12, 2013 |

---

[1] Direct action cases filed after the date of this Order, if any, will be subject to a separate pretrial and trial schedule
or, if circumstances permit, will be folded into the schedule set forth in this Order.

| Event | Date |
|---|---|
| Service of underlying data and code | April 17, 2013 |
| Plaintiffs and defendants each to provide one paragraph description of each issue/subject of summary judgment motions (copies to be provided to the court) | May 10, 2013 ~~April 26, 2013~~ |
| Parties to serve supplemental disclosure with one paragraph description of any additional issues/topics of summary judgment motions (copies to be provided to the court)s | May 31, 2013 ~~May 24, 2013~~ |
| Service of reply expert reports | June 14, 2013 |
| Service of underlying data and code | June 19, 2013 |
| Close of expert discovery | July 19, 2013 |
| Last day to file dispositive motions | August 23, 2013 |
| Last day to file oppositions to dispositive motions | September 20, 2013 |
| Last day to file reply briefs in support of dispositive motions | October 18, 2013 |
| Last day for hearing dispositive motions | November 1, 2013 |
| Court will consider remanding cases filed outside of N.D.Cal. to the transferor courts for separate trial | |
| Pretrial conference | |
| Trial begins | |

**IT IS SO ORDERED.**

Dated: _7/6/12_____

HONORABLE SUSAN ILLSTON
United States District Judge