# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*MetroPCS Wireless, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-829-SI<br><br>*Office Depot, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-2225-SI<br><br>*Interbond Corp. of America v. AU Optronics Corp., et al.*, 3:11-cv-3763-SI<br><br>*Schultze Agency Services, LLC, on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, v. AU Optronics Corp., et al.*, 3:11-cv-3856-SI<br><br>*P.C. Richard & Son Long Island Corp., et al. v. AU Optronics Corp., et al.*, 3:11-cv-4119-SI<br><br>*Tech Data Corp., et al. v. AU Optronics Corp., et al.*, 3:11-cv-5765-SI<br><br>*The AASI Creditor Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustee v. AU Optronics Corp., et al.*, 3:11-cv-5781-SI | Master File No. 3:07-md-01827-SI (N.D. Cal.)<br><br>MDL No. 1827<br><br>Case Nos. 3:11-cv-829-SI; 3:11-cv-2225-SI; 3:11-cv-3763-SI; 3:11-cv-3856-SI; 3:11-cv-4119-SI; 3:11-cv-5765-SI; 3:11-cv-5781-SI; 3:11-cv-6241-SI; 3:12-cv-1426-SI;<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY CUTOFF; TIME TO MEET AND CONFER AND/OR FILE MOTIONS TO COMPEL** |

| | |
|---|---|
| 1 | *CompuCom Systems, Inc. v. AU Optronics Corp.*, 3:11-cv-6241-SI |
| 2 | |
| 3 | *NECO Alliance LLC v. AU Optronics Corp., et al.*, 3:12-cv-1426-SI |
| 4 | |

| | |
|---|---|
| 1 | Direct Action Plaintiffs MetroPCS Wireless, Inc.; Office Depot, Inc.; Interbond |
| 2 | Corporation of America; Schultze Agency Services, LLC; P.C. Richard & Son Long Island |
| 3 | Corporation; MARTA Cooperative of America, Inc.; ABC Appliance, Inc.; Tech Data |
| 4 | Corporation and Tech Data Product Management, Inc.; The AASI Creditor Liquidating Trust, |
| 5 | by and through Kenneth A. Welt, Liquidating Trustee; CompuCom Systems, Inc.; and NECO |
| 6 | Alliance LLC (collectively, "Direct Action Plaintiffs"), and Defendants Chi Mei |
| 7 | Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc., and CMO Japan Co., Ltd. |
| 8 | (collectively "Chi Mei Defendants" and together with Direct Action Plaintiffs, the "Parties") |
| 9 | stipulate as follows: |
| 10 | WHEREAS the Parties have previously stipulated to, and the Court has approved, the |
| 11 | extension of dates set in the Court's Orders re Pretrial and Trial Schedule (MDL Dkt. No. |
| 12 | 7665) ("Track 2 Scheduling Stipulation"); |
| 13 | WHEREAS the Track 2 Scheduling Stipulation extended the close of fact discovery to |
| 14 | May 17, 2013; |
| 15 | WHEREAS on April 12, 2013 Direct Action Plaintiffs served their First Set of |
| 16 | Interrogatories and First Set of Requests for Admission to Chi Mei Defendants (the |
| 17 | "Discovery"); |
| 18 | WHEREAS Chi Mei Defendants served responses to the Discovery on May 16, 2013; |
| 19 | WHEREAS the Parties have endeavored to meet and confer regarding Chi Mei |
| 20 | Defendants' responses to the Discovery; |
| 21 | WHEREAS the Parties previously stipulated to extend the period to meet and confer |
| 22 | regarding Chi Mei Defendants' responses to the Discovery and/or for Direct Action Plaintiffs |
| 23 | to file a motion to compel regarding Chi Mei Defendants' responses to the Discovery to June 7, |
| 24 | 2013; |
| 25 | WHEREAS additional time is needed to meet and confer regarding Chi Mei |
| 26 | Defendants' responses to the Discovery; |
| 27 | NOW, THEREFORE, the Parties stipulate and agree as follows: |
| 28 | The period for Chi Mei Defendants and Direct Action Plaintiffs to meet and confer |
| | regarding Chi Mei Defendants' responses to the Discovery and/or for Direct Action Plaintiffs |

to file a motion to compel regarding Chi Mei Defendants' responses to the Discovery is extended to June 21, 2013.

**IT IS SO STIPULATED.**

DATED: June 6, 2013             */s/ Philip J. Iovieno*

William A. Isaacson
Melissa Felder
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com
        mfelder@bsfllp.com

Philip J. Iovieno
Anne M. Nardacci
Luke Nikas
Christopher V. Fenlon
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
       anardacci@bsfllp.com
       lnikas@bsfllp.com
       cfenlon@bsfllp.com

*Counsel for Plaintiffs MetroPCS Wireless, Inc.; Office Depot, Inc.; Interbond Corp. of America; Schultze Agency Services, LLC; P.C. Richard & Son Long Island Corporation; MARTA Cooperative of America, Inc.; ABC Appliance Inc.; Tech Data Corp. and Tech Data Product Management, Inc.; The AASI Creditor Liquidating Trust; CompuCom Systems, Inc.; and NECO Alliance LLC*

| | |
|---|---|
| 1 | |
| 2 |           */s/ Stuart H. Singer* |
| | Stuart H. Singer |
| 3 | Meredith Schultz |
| | BOIES, SCHILLER, & FLEXNER LLP |
| 4 | 401 East Las Olas Boulevard, Suite 1200 |
| | Fort Lauderdale, Florida 33301 |
| 5 | Telephone: (954) 356-0011 |
| | Facsimile: (954) 356-0022 |
| 6 | Email: ssinger@bsfllp.com |
| |        mschultz@bsfllp.com |

*Counsel for Plaintiffs Office Depot, Inc.; Tech Data Corp. and Tech Data Product Management, Inc.; and The AASI Creditor Liquidating Trust*

          */s/ Robert W. Turken*

Robert W. Turken
Mitchell E. Widom
Scott N. Wagner
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone: 305-374-7580
Facsimile: 305-374-7593
E-mail: rturken@bilzin.com
       mwidom@bilzin.com
       swagner@bilzin.com

*Counsel for Plaintiffs Tech Data Corp. and Tech Data Product Management, Inc. and The AASI Creditor Liquidating Trust*

|   |   |
|---|---|
| 1 | /s/ Neal A. Potischman |
| 2 | |
| 3 | Neal A. Potischman (SBN 254862)<br>neal.potischman@davispolk.com |
| 4 | DAVIS POLK & WARDWELL LLP<br>1600 El Camino Real |
| 5 | Menlo Park, California 94025<br>Telephone:     (650) 752-2000 |
| 6 | Facsimile:      (650) 752-2111 |
| 7 | *Counsel for Chi Mei Optoelectronics Corporation (n/k/a* |
| 8 | *Innolux Corporation), CMO Japan Co., Ltd., and*<br>*Chi Mei Optoelectronics USA, Inc. for the Office Depot,* |
| 9 | *Inc., Jaco Electronics, Inc., Interbond Corp. of America,*<br>*Schultze Agency Services, LLC, P.C. Richard & Son Long* |
| 10 | *Island Corp., et al., Tech Data Corp., et al., The AASI*<br>*Creditor Liquidating Trust, CompuCom Systems, Inc.,* |
| 11 | *Viewsonic Corp., NECO Alliance LLC, and Rockwell*<br>*Automation, Inc. Actions Only* |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | /s/ Michael R. Scott |
| 17 | Michael R. Scott (*pro hac vice*) |
| 18 | Michael J. Ewart (*pro hac vice*)<br>1221 Second Avenue, Suite 500 |
| 19 | Seattle, WA 98101-2925<br>Telephone: (206) 623-1745 |
| 20 | Facsimile: (206) 623-7789<br>mrs@hcmp.com; mje@hcmp.com |
| 21 | |
| 22 | *Counsel for Chi Mei Optoelectronics Corporation*<br>*(n/k/a Innolux Corporation), CMO Japan Co., Ltd.,* |
| 23 | *and Chi Mei Optoelectronics USA, Inc. for the*<br>*MetroPCS Wireless, Inc. Action Only* |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from stipulating defendants.

**IT IS SO ORDERED.**

Dated: ___6/13___, 2013

_____

Susan Illston, United States District Judge