1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-01827-SI (N.D. Cal.) |
| | MDL No. 1827 |
| This Document Relates To: | |
| | Case Nos. 3:11-cv-829-SI; 3:11-cv-2225-SI; 3:11-cv-3763-SI; 3:11-cv-3856-SI; 3:11-cv-4119-SI; 3:11-cv-5765-SI; 3:11-cv-5781-SI; 3:11-cv-6241-SI; 3:12-cv-1426-SI; |
| *MetroPCS Wireless, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-829-SI | |
| *Office Depot, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-2225-SI | |
| *Interbond Corp. of America v. AU Optronics Corp., et al.*, 3:11-cv-3763-SI | **STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DISCOVERY CUTOFF; TIME TO MEET AND CONFER AND/OR FILE MOTIONS TO COMPEL** |
| *Schultze Agency Services, LLC, on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, v. AU Optronics Corp., et al.*, 3:11-cv-3856-SI | |
| *P.C. Richard & Son Long Island Corp., et al. v. AU Optronics Corp., et al.*, 3:11-cv-4119-SI | |
| *Tech Data Corp., et al. v. AU Optronics Corp., et al.*, 3:11-cv-5765-SI | |
| *The AASI Creditor Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustee v. AU Optronics Corp., et al.*, 3:11-cv-5781-SI | |

*CompuCom Systems, Inc. v. AU Optronics Corp.*, *et al.*, 3:11-cv-6241-SI

*NECO Alliance LLC v. AU Optronics Corp., et al.*, 3:12-cv-1426-SI

1    Direct Action Plaintiffs MetroPCS Wireless, Inc.; Office Depot, Inc.; Interbond

2    Corporation of America; Schultze Agency Services, LLC; P.C. Richard & Son Long Island

3    Corporation; MARTA Cooperative of America, Inc.; ABC Appliance, Inc.; Tech Data

4    Corporation and Tech Data Product Management, Inc.; The AASI Creditor Liquidating Trust,

5    by and through Kenneth A. Welt, Liquidating Trustee; CompuCom Systems, Inc.; and NECO

6    Alliance LLC (collectively, "Direct Action Plaintiffs"), and Defendants Chi Mei

7    Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc., and CMO Japan Co., Ltd.

8    (collectively "Chi Mei Defendants" and together with Direct Action Plaintiffs, the "Parties")

9    stipulate as follows:

10    WHEREAS the Parties have previously stipulated to, and the Court has approved, the

11    extension of dates set in the Court's Orders re Pretrial and Trial Schedule (MDL Dkt. No.

12    7665) ("Track 2 Scheduling Stipulation");

13    WHEREAS the Track 2 Scheduling Stipulation extended the close of fact discovery to

14    May 17, 2013;

15    WHEREAS on April 12, 2013 Direct Action Plaintiffs served their First Set of

16    Interrogatories and First Set of Requests for Admission to Chi Mei Defendants (the

17    "Discovery");

18    WHEREAS Chi Mei Defendants served responses to the Discovery on May 16, 2013;

19    WHEREAS the Parties have endeavored to meet and confer regarding Chi Mei

20    Defendants' responses to the Discovery;

21    WHEREAS the Parties previously stipulated to extend the period to meet and confer

22    regarding Chi Mei Defendants' responses to the Discovery and/or for Direct Action Plaintiffs

23    to file a motion to compel regarding Chi Mei Defendants' responses to the Discovery to June

24    21, 2013;

25    WHEREAS additional time is needed to meet and confer regarding Chi Mei

26    Defendants' responses to the Discovery;

27    NOW, THEREFORE, the Parties stipulate and agree as follows:

28    The period for Chi Mei Defendants and Direct Action Plaintiffs to meet and confer

regarding Chi Mei Defendants' responses to the Discovery and/or for Direct Action Plaintiffs

to file a motion to compel regarding Chi Mei Defendants' responses to the Discovery is

extended to July 3, 2013.


**IT IS SO STIPULATED.**


DATED:  June 20, 2013                          _____/s/ Philip J. Iovieno_____

William A. Isaacson
Melissa Felder
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C.  20015
Telephone:  (202) 237-2727
Facsimile:   (202) 237-6131
Email:  wisaacson@bsfllp.com
          mfelder@bsfllp.com

Philip J. Iovieno
Anne M. Nardacci
Luke Nikas
Christopher V. Fenlon
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:   (518) 434-0665
Email: piovieno@bsfllp.com
        anardacci@bsfllp.com
        lnikas@bsfllp.com
        cfenlon@bsfllp.com

*Counsel for Plaintiffs MetroPCS Wireless, Inc.; Office Depot, Inc.; Interbond Corp. of America; Schultze Agency Services, LLC; P.C. Richard & Son Long Island Corporation; MARTA Cooperative of America, Inc.; ABC Appliance Inc.; Tech Data Corp. and Tech Data Product Management, Inc.; The AASI Creditor Liquidating Trust; CompuCom Systems, Inc.; and NECO Alliance LLC*

1

2                                    _____/s/ Stuart H. Singer_____
                                     Stuart H. Singer
3                                    Meredith Schultz
                                     BOIES, SCHILLER, & FLEXNER LLP
4                                    401 East Las Olas Boulevard, Suite 1200
                                     Fort Lauderdale, Florida 33301
5                                    Telephone: (954) 356-0011
                                     Facsimile: (954) 356-0022
6                                    Email: ssinger@bsfllp.com
                                            mschultz@bsfllp.com
7
                                     *Counsel for Plaintiffs Office Depot, Inc.; Tech Data Corp.*
8                                    *and Tech Data Product Management, Inc.; and The AASI*
                                     *Creditor Liquidating Trust*
9

10                                   _____/s/ Robert W. Turken_____
                                     Robert W. Turken
11                                   Mitchell E. Widom
                                     Scott N. Wagner
12                                   BILZIN SUMBERG BAENA PRICE & AXELROD LLP
                                     1450 Brickell Ave., Suite 2300
13                                   Miami, Florida 33131-3456
                                     Telephone: 305-374-7580
14                                   Facsimile: 305-374-7593
                                     E-mail: rturken@bilzin.com
15                                           mwidom@bilzin.com
                                             swagner@bilzin.com
16
                                     *Counsel for Plaintiffs Tech Data Corp. and Tech Data*
17                                   *Product Management, Inc. and The AASI Creditor*
                                     *Liquidating Trust*
18

19

20

21

22

23

24

25

26

27

28

                                /s/ Neal A. Potischman

                    Neal A. Potischman (SBN 254862)
                    neal.potischman@davispolk.com
                    DAVIS POLK & WARDWELL LLP
                    1600 El Camino Real
                    Menlo Park, California 94025
                    Telephone:      (650) 752-2000
                    Facsimile:      (650) 752-2111

                    *Counsel for Chi Mei Optoelectronics Corporation (n/k/a Innolux Corporation), CMO Japan Co., Ltd., and Chi Mei Optoelectronics USA, Inc. for the Office Depot, Inc., Jaco Electronics, Inc., Interbond Corp. of America, Schultze Agency Services, LLC, P.C. Richard & Son Long Island Corp., et al., Tech Data Corp., et al., The AASI Creditor Liquidating Trust, CompuCom Systems, Inc., Viewsonic Corp., NECO Alliance LLC, and Rockwell Automation, Inc. Actions Only*



                                /s/ Michael R. Scott

                    Michael R. Scott (*pro hac vice*)
                    Michael J. Ewart (*pro hac vice*)
                    1221 Second Avenue, Suite 500
                    Seattle, WA 98101-2925
                    Telephone: (206) 623-1745
                    Facsimile: (206) 623-7789
                    mrs@hcmp.com; mje@hcmp.com

                    *Counsel for Chi Mei Optoelectronics Corporation (n/k/a Innolux Corporation), CMO Japan Co., Ltd., and Chi Mei Optoelectronics USA, Inc. for the MetroPCS Wireless, Inc. Action Only*

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from stipulating defendants.

**IT IS SO ORDERED.**

Dated: _____6/20_____, 2013

_____
Susan Illston, United States District Judge