1 | William A. Isaacson (admitted *pro hac vice*)
Melissa Felder (admitted *pro hac vice*)
2 | BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
3 | Washington, D.C. 20015
Telephone: (202) 237-2727
4 | Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com
5 | mfelder@bsfllp.com

6 | Philip J. Iovieno (admitted *pro hac vice*)
Anne M. Nardacci (admitted *pro hac vice*)
7 | Christopher Fenlon (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
8 | 10 North Pearl Street, 4th Floor
Albany, NY 12207
9 | Telephone: (518) 434-0600
Facsimile: (518) 434-0665
10 | Email: piovieno@bsfllp.com
anardacci@bsfllp.com
11 | cfenlon@bsfllp.com

12 | [Additional counsel listed in signature page]

13 | Counsel for Plaintiffs MetroPCS Wireless, Inc.; Office Depot, Inc.; Interbond Corporation of America, Inc.; Schultze Agency Services, LLC; P.C. Richard & Son Long Island Corporation;
14 | MARTA Cooperative of America, Inc.; ABC Appliance, Inc.; Tech Data Corporation and Tech Data Product Management, Inc.; The AASI Creditor Liquidating Trust; CompuCom Systems,
15 | Inc.; and NECO Alliance LLC

16 | UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
17 | SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | CASE NO. M:07-md-01827-SI |
| | MDL No. 1827 |
| This Document Relates to: | CASE NOS. 3:10-cv-05458-SI; 3:11-cv-0829-SI; 3:11-cv-02225-SI; 3:11-cv-02495-SI; 3:11-cv-03763-SI; 3:11-cv-03856-SI; 3:11-cv-04119-SI; 3:11-cv-05765-SI; 3:11-cv-05781-SI; 3:11-cv-06241-SI; 3:12-cv-00335-SI; 3:12-cv-01426-SI; 3:12-cv-02495-SI; and 3:10-cv-05625-SI |
| *SB Liquidation Trust v. AU Optronics Corp., et al.*, 3:10-cv-05458-SI | |
| *MetroPCS Wireless, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-00829-SI | |
| *Office Depot, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-02225-SI | **STIPULATION AND [PROPOSED] ORDER REGARDING CERTAIN EXPERT DEPOSITIONS IN TRACK 2** |
| *Jaco Electronics, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-02495-SI | |

| | |
|---|---|
| 1 | *Interbond Corp. of America v. AU Optronics Corp., et al.*, 3:11-cv-03763-SI |
| 2 | |
| 3 | *Schultze Agency Services, LLC, on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, v. AU Optronics Corp., et al.*, 3:11-cv-03856-SI |
| 4 | |
| 5 | *P.C. Richard & Son Long Island Corp., et al. v. AU Optronics Corp., et al.*, 3:11-cv-04119-SI |
| 6 | |
| 7 | *Tech Data Corp., et al. v. AU Optronics Corp., et al.*, 3:11-cv-05765-SI |
| 8 | *The AASI Creditor Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustee v. AU Optronics Corp., et al.*, 3:11-cv-05781-SI |
| 9 | |
| 10 | *CompuCom Systems, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-06241-SI |
| 11 | |
| 12 | *NECO Alliance LLC v. AU Optronics Corp., et al.*, 3:12-cv-01426-SI |
| 13 | *Rockwell Automation, Inc. v. AU Optronics Corp., et al.*, 3:12-cv-02495-SI |
| 14 | |
| 15 | *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. AU Optronics Corp., et al.*, 3:10-cv-05625-SI |

Plaintiffs in the above-captioned cases (collectively, "Track 2 Cases") and Defendants in the Track 2 Cases (respectively, "Plaintiffs" and "Defendants," collectively, "Parties") hereby stipulate as follows:

WHEREAS, on June 13, 2013, Plaintiffs have submitted reports from B. Douglas Bernheim, Adam Fontecchio, David Stowell, and Leslie Marx (as to certain Plaintiffs only) (collectively, "Plaintiffs' Track 1 Experts"), among others, in the Track 2 Cases (including any erratas, supplements, and amendments thereto, "June 2013 Reports");

WHEREAS, Plaintiffs' Track 1 Experts also appeared on behalf of plaintiffs in one or more of the following cases in this Multidistrict Litigation: *AT&T Mobility LLC,* et *al. v. AU Optronics Corp., et al.*, Case No. 09-CV-4997-SI; *ATS Claim, LLC v. Epson Electronics America, Inc., et al.*, Case No. 3:09-CV-01115-SI; *Nokia Corp. and Nokia Inc. v. AU Optronics Corp., et al.*, Case No. 3:09-CV-05609; *Costco Wholesale Corp. v. AU Optronics Corp.*, et al.,

Case No. 11-CV-00058-SI; *Best Buy v. AU Optronics Corp,. et al.*, Case No. 10-CV-04972-SI; *Electrograph Systems, Inc. v. Epson Imaging Devices Corp., et al.*, Case No. 10-CV-00017-SI; *Motorola Mobility Inc. v. AU Optronics Corp., et al.*, Case No. 09-CV-05840-SI, and *Target Corp., et al. v. AU Optronics Corp,. et al.*, Case No. 10-CV-04945-SI (collectively, "Track 1 Cases");

WHEREAS, Plaintiffs' Track 1 Experts sat for depositions in the Track 1 Cases;

WHEREAS the Parties want to avoid duplicative and repetitive questioning of Plaintiffs' Track 1 Experts in depositions in the Track 2 Cases in light of their previous depositions and the similarity between Plaintiffs' Track 1 Experts' reports in the Track 1 Cases and Plaintiffs' Track 1 Experts' reports in the Track 2 Cases, and to create efficiency in and limit the time of those depositions; and

WHEREAS the Parties do not want to get bogged down in disputes over whether a particular question is duplicative of a question asked of a Plaintiffs' Track 1 Expert during the Track 1 Cases;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the Parties through their undersigned counsel as follows:

1. Any testimony made at deposition by a Plaintiffs' Track 1 Expert in a Track 1 Case will have same legal and evidentiary effect as if noticed and taken in the Track 2 cases concerning the June 2013 Reports and the Track 2 Plaintiffs.

2. Any deposition that Defendants take of a Plaintiffs' Track 1 Expert in the Track 2 Cases regarding the June 2013 Reports will be limited to a seven hour period. This is not a limitation on the deposition regarding any Plaintiffs' Track 1 Expert's reply reports (which may not be duplicative of Plaintiffs' Track 1 Experts' reports in the Track 1 Cases), or of any expert's deposition other than Plaintiffs' Track 1 Experts.

3. This stipulation does not give rise to an objection to questions as being duplicative of questions asked during the Track 1 Cases.

Dated: August 23, 2013

Respectfully submitted,

By: _____ */s/ Philip J. Iovieno* _____
    William Isaacson (admitted *pro hac vice*)
    Melissa Felder (admitted *pro hac vice*)
    BOIES, SCHILLER & FLEXNER LLP
    5301 Wisconsin Avenue NW, Suite 800
    Washington, DC 20015
    Telephone: (202) 237-2727
    Facsimile: (202) 237-6131
    Email: wisaacson@bsfllp.com
          mfelder@bsfllp.com

    Philip J. Iovieno (admitted *pro hac vice*)
    Anne M. Nardacci (admitted *pro hac vice*)
    Christopher Fenlon (admitted *pro hac vice*)
    BOIES, SCHILLER & FLEXNER LLP
    10 North Pearl Street, 4th Floor
    Albany, NY 12207
    Telephone: (518) 434-0600
    Facsimile: (518) 434-0665
    Email: piovieno@bsfllp.com
          anardacci@bsfllp.com
          cfenlon@basfllp.com

    Stuart H. Singer (admitted *pro hac vice*)
    Meredith Schultz (admitted *pro hac vice*)
    BOIES, SCHILLER, & FLEXNER LLP
    401 East Las Olas Boulevard, Suite 1200
    Fort Lauderdale, FL 33301
    Telephone: (954) 356-0011
    Facsimile: (954) 356-0022
    Email: ssinger@bsfllp.com
          mschultz@bsfllp.com

*Attorneys for Plaintiffs MetroPCS Wireless, Inc.; Office Depot, Inc.; Interbond Corp. of America; Schultze Agency Services, LLC; P.C. Richard & Son Long Island Corporation; MARTA Cooperative of America, Inc.; ABC Appliance Inc.; Tech Data Corp. and Tech Data Product Management, Inc.; The AASI Creditor Liquidating Trust; CompuCom Systems, Inc.; and NECO Alliance LLC*

|  |  |
|---|---|
| By: | */s/ Robert W. Turken* |

Robert W. Turken
Mitchell E. Widon
Scott N. Wagner
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Rickell Avenue, Suite 2300
Miami, FL 33131-3456
Telephone: (305) 374-7580
Facsimile: (305) 374-7593
Email: rturken@bilzin.com
 mwidom@bilzin.com
 swagner@bilzin.com

*Attorneys for Plaintiffs Tech Data Corp. and Tech Data Product Management, Inc. and The AASI Creditor Liquidating Trust*

|  |  |
|---|---|
| By: | */s/ H. Lee Godfrey* |

H. Lee Godfrey
Kenneth S. Marks
Jonathan J. Ross
Johnny W. Carter
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: lgodfrey@susmangodfrey.com
 kmarks@susmangodfrey.com
 jross@susmangodfrey.com
 jcarter@susmangodfrey.com

Parker C. Folse III
Rachel S. Black
Jordan Connors
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
Email: pfolse@susmangodfrey.com
 rblack@susmangodfrey.com
 jconnors@susmangodfrey.com

*Attorneys for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

By: _/s/ Marc M. Seltzer_
Marc M. Seltzer (54534)
Steven G. Sklaver (237612)
SUSMAN GODFREY LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
Email: mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Erica W. Harris
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: eharris@susmangodfrey.com

*Attorneys for SB Liquidation Trust*

By: ***/s/ Jerome A. Murphy***
Jeffrey H. Howard *(pro hac vice)*
Jerome A. Murphy *(pro hac vice)*
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
Email: jhoward@crowell.com
jmurphy@crowell.com

Jason C. Murray (CA Bar No. 169806)
Janet I. Levine (CA Bar No. 94255)
Joshua C. Stokes (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: (213) 622-4750
Facsimile: (213) 622-2690
Email: jmurray@crowell.com
jlevine@crowell.com
jstokes@crowell.com

Kenneth L. Adams *(pro hac vice)*
R. Bruce Holcomb *(pro hac vice)*
Christopher T. Leonardo *(pro hac vice)*
ADAMS HOLCOMB LLP
1875 Eye Street NW
Washington, DC 20006
Telephone: (202) 580-8822
Facsimile: (202) 580-8821
Email: adams@adamsholcomb.com
holcomb@adamsholcomb.com
leonardo@adamsholcomb.com

*Liaison Counsel for Plaintiffs and Attorneys for Plaintiffs Jaco Electronics, Inc. and Rockwell Automation, Inc.*

*By: */s/ Lee F. Berger*
Holly A. House (State Bar No. 136045)
Kevin C. McCann (State Bar No. 120874)
Lee F. Berger (State Bar No. 222756)
Sean Unger (State Bar No. 231694)
PAUL HASTINGS LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
Email: kevinmccann@paulhastings.com
hollyhouse@paulhastings.com
leeberger@paulhastings.com
seanunger@paulhastings.com

Brad D. Brian (State Bar No. 079001)
Jerome C. Roth (State Bar No. 159483)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: Brad.Brian@mto.com

*Attorneys for Defendants LG Display Co., Ltd. and LG Display America, Inc.*


By: */s/ Stephen P. Freccero*
Melvin R. Goldman (SBN 34097)
Stephen P. Freccero (SBN 131093)
Derek F. Foran (SBN 224569)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: mgoldman@mofo.com
sfreccero@mofo.com
dforan@mofo.com

*Attorneys for Defendants Epson Imaging Devices Corporation and Epson Electronics America, Inc.*

By: _____/s/ Carl L. Blumenstein_____
Christopher A. Nedeau (State Bar No. 81297)
Carl L. Blumenstein (State Bar No. 124158)
Farschad Farzan (State Bar No. 215194)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 398-3600
Facsimile: ( 415) 398-2438
Email: cnedeau@nossaman.com
  cblumenstein@nossaman.com
  ffarzan@nossaman.com

*Attorneys for Defendants AU Optronics Corporation and AU Optronics Corporation America*

By: _____/s/ Christopher M. Curran_____
Christopher M. Curran *(pro hac vice)*
Martin M. Toto *(pro hac vice)*
John H. Chung *(pro hac vice)*
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: ccurran@whitecase.com
  mtoto@whitecase.com
  jchung@whitecase.com

*Attorneys for Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc. and Toshiba America Information Systems, Inc.*

| | |
|---|---|
| 1 | By: ___/s/ Neal A. Potischman___<br>Neal A. Potischman (SBN 254862)<br>neal.potischman@davispolk.com<br>DAVIS POLK & WARDWELL LLP<br>1600 El Camino Real<br>Menlo Park, California 94025<br>Telephone: (650) 752-2000<br>Facsimile: (650) 752-2111 |

*Counsel for Chi Mei Optoelectronics Corporation (n/k/a Innolux Corporation), CMO Japan Co., Ltd., and Chi Mei Optoelectronics USA, Inc. for the Office Depot, Inc., Interbond Corp. of America, Schultze Agency Services, LLC, P.C. Richard & Son Long Island Corp., et al., Tech Data Corp., et al., The AASI Creditor Liquidating Trust, CompuCom Systems, Inc., and NECO Alliance LLC Actions Only*

___/s/ Michael R. Scott___
Michael R. Scott (pro hac vice)
mrs@hcmp.com
Michael J. Ewart (pro hac vice)
mje@hcmp.com
HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

*Counsel for Chi Mei Optoelectronics Corporation (n/k/a Innolux Corporation), CMO Japan Co., Ltd., and Chi Mei Optoelectronics USA, Inc. for the MetroPCS Wireless, Inc. Action Only*

By: ___/s/ William S. Farmer___
William S. Farmer (SBN 46694)
David C. Brownstein (SBN 141929)
Jacob P. Alpren (SBN 235713)
Farmer Brownstein Jaeger LLP
235 Pine Street, Suite 1300
San Francisco, CA 94104
Telephone: (415) 795-2050
Email: wfarmer@fbj-law.com
  dbrownstein@fbj-law.com
  jalpren@fbj-law.com

*Counsel for Chunghwa Picture Tubes, Ltd. in the MetroPCS Wireless Actions Only*

Case No. 07-md-1827-SI -10- STIPULATION AND [PROPOSED] ORDER REGARDING CERTAIN EXPERT DEPOSITIONS IN TRACK 2

| | |
|---|---|
| 1 | By: _/s/ Rachel S. Brass_ |
| | Rachel S. Brass (SBN 219301) |
| 2 | Joel S. Sanders (SBN 107234) |
| | Austin V. Schwing (SBN 211696 |
| 3 | GIBSON, DUNN & CRUTCHER LLP |
| | 555 Mission Street, Suite 3000 |
| 4 | San Francisco, California 94105 |
| | (415) 393-8200 / (415) 393-8306 |
| 5 | *jsanders@gibsondunn.com* |
| | *rbrass@gibsondunn.com* |
| 6 | |
| 7 | *Attorneys for Defendants Chunghwa Picture Tubes, Ltd. in the SB Trust, Office Depot, Jaco Electronics, Interbond, Schultze Agency Services, PC Richard, Tech Data, AASI Creditor Liquidating Trust, CompuCom, Viewsonic, and NECO Alliance Actions Only* |
| 10 | By: _/s/ Robert E. Freitas_ |
| | Robert E. Freitas (SBN 80948) |
| 11 | Jason S. Angell (SBN 221607) |
| | Jerry Chen (SBN 229318) |
| 12 | FREITAS TSENG & KAUFMAN LLP |
| | 100 Marine Parkway, Suite 200 |
| 13 | Redwood Shores, CA 94065 |
| | Telephone: (650) 593-6300 |
| 14 | Facsimile: (650) 593-6301 |
| | Email: rfreitas@ftklaw.com |
| 15 | jangell@ftklaw.com |
| | jchen@ftklaw.com |
| 16 | |
| 17 | *Attorneys for Defendant HannStar Display Corporation* |
| 18 | |
| 19 | By: _/s/ Jacob R. Sorensen_ |
| | Jacob R. Sorensen (SBN 209134) |
| | John M. Grenfell (SBN 88500) |
| 20 | Fusae Nara (*pro hac vice*) |
| | Andrew D. Lanphere (SBN 191479) |
| 21 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | Four Embarcadero Center, 22nd Floor |
| 22 | San Francisco, CA 94111 |
| | Telephone: (415) 983-1000 |
| 23 | Facsimile: (415) 983-1200 |
| | Email: john.grenfell@pillsburylaw.com |
| 24 | jake.sorensen@pillsburylaw.com |
| | fusae.nara@pillsburylaw.com |
| 25 | andrew.lanphere@pillsburylaw.com |
| 26 | *Attorneys for Defendants Sharp Corporation and Sharp Electronics Corporation* |

| | |
|---|---|
| 1 | By: _/s/ Michael W. Scarborough_ |
| 2 | Michael W. Scarborough (SBN 203524)<br>SHEPPARD MULLIN RICHTER & HAMPTON |
| 3 | Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111 |
| 4 | Telephone: (415) 434-9100<br>Facsimile: (415) 434-3947 |
| 5 | Email: mscarborough@sheppardmullin.com |

*Attorneys for Defendants Samsung SDI America, Inc. and Samsung SDI Co., Ltd.*

By: _/s/ Kent M. Roger_
Kent M. Roger (Bar No. 95987)
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
Email: kroger@morganlewis.com

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.) and Hitachi Electronic Devices (USA), Inc.*

By: _/s/ Stephen Holbrook Sutro_
George Dominic Niespolo
Stephen Holbrook Sutro
DUANE MORRIS LLP
One Market , Spear Tower, Suite 2200
San Francisco, CA 94105
Telephone: (415) 957-3010
Facsimile: (415) 957-3001
Email: gdniespolo@duanemorris.com
shsutro@duanemorris.com

*Attorneys for NEC Corporation, NEC LCD Technologies, Ltd., and Renesas Electronics America, Inc.*

*Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

**IT IS SO ORDERED.**

Dated: 8/30/13

_____
Hon. Susan Illston
United States District Judge