Carl L. Blumenstein (CA Bar No. 124158)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 398-3600
Facsimile: (415) 398-2438
Email: cblumenstein@nossaman.com

*Defendants' Liaison Counsel*

Philip J. Iovieno (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com

*Attorneys for Certain Direct Action Plaintiffs*

[additional counsel listed on the signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | CASE NO. M:07-md-01827-SI<br><br>MDL NO. 1827 |
| This Document Relates to:<br><br>*SB Liquidation Trust v. AU Optronics Corp., et al.*, 3:10-cv-05458-SI<br><br>*MetroPCS Wireless, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-00829-SI<br><br>*Office Depot, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-02225-SI | CASE NOS. 3:10-cv-05458-SI; 3:11-cv-0829-SI; 3:11-cv-02225-SI; 3:11-cv-03763-SI; 3:11-cv-03856-SI; 3:11-cv-04119-SI; 3:11-cv-05765-SI; 3:11-cv-05781-SI; 3:11-cv-06241-SI; 3:12-cv-01426-SI; 3:10-cv-05625-SI<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING TRACK 2 EXPERT DEPOSITIONS AND DAUBERT MOTIONS SCHEDULE** |

1   *Interbond Corp. of America v. AU Optronics*
    *Corp., et al.*, 3:11-cv-03763-SI

2

3   *Schultze Agency Services, LLC, on behalf of*
    *Tweeter Opco, LLC and Tweeter Newco, LLC,*
    *v. AU Optronics Corp., et al.*,

4   3:11-cv-03856-SI

5   *P.C. Richard & Son Long Island Corp., et al.*
    *v. AU Optronics Corp., et al.*, 3:11-cv-04119-

6   SI

7   *Tech Data Corp., et al. v. AU Optronics Corp.*,
    *et al.*, 3:11-cv-05765-SI

8

9   *The AASI Creditor Liquidating Trust, by and*
    *through Kenneth A. Welt, Liquidating Trustee*
    *v. AU Optronics Corp., et al.*, 3:11-cv-05781-

10  SI

11  *CompuCom Systems, Inc. v. AU Optronics*
    *Corp., et al.*, 3:11-cv-06241-SI

12

13  *NECO Alliance LLC v. AU Optronics Corp., et*
    *al.*, 3:12-cv-01426-SI

14  *Alfred H. Siegel, as Trustee of the Circuit City*
    *Stores, Inc. Liquidating Trust v. AU Optronics*

15  *Corp., et al.*, 3:10-cv-05625-SI

16

17           Plaintiffs and Defendants in the above-captioned cases (collectively, the "Parties") state as

18  follows:

19           The Parties have met and conferred in good faith regarding the scheduling of Plaintiffs'

20  experts' depositions, and recognize that the experts' schedules make it difficult to hold

21  depositions during the time period set out in the Stipulation and Order Regarding Summary

22  Judgment Schedule (entered January 28, 2014) ("Scheduling Order"); and

23           The Parties have agreed to a one week extension to the deadline for expert depositions and

24  *Daubert* motions to accommodate Plaintiffs' experts' schedules;

25           NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE that, subject to the

26  Court's concurrence and availability, that the Scheduling Order is amended such that the

27  following schedule will apply to the rebuttal depositions of Plaintiffs' experts and to any *Daubert*

28

motions filed by Defendants as to Plaintiffs' experts Dr. Bernheim, Dr. Marx, Dr. Fontecchio, and Mr. Stowell:

| | |
|---|---|
| Last day to hold depositions of Dr. Bernheim, Dr. Fontecchio, and Mr. Stowell | May 12, 2014 |
| Last day to file *Daubert* motions | June 5, 2014 |
| Last day to file oppositions to *Daubert* motions | July 17, 2014 |
| Last day to file reply briefs in support of *Daubert* motions | August 28, 2014 |
| Hearing on *Daubert* motions | September 12, 2014 |

The Parties do not intend any other amendment to the Scheduling Order.

Dated: April 4, 2014

Respectfully submitted,

By: _____ */s/ Philip J. Iovieno*
William Isaacson (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW, Suite 800
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Philip J. Iovieno (admitted *pro hac vice*)
Anne M. Nardacci (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
          anardacci@bsfllp.com

*Attorneys for Plaintiffs MetroPCS Wireless, Inc.;
Office Depot, Inc.; Interbond Corp. of America;
Schultze Agency Services, LLC; P.C. Richard & Son
Long Island Corporation; MARTA Cooperative of
America, Inc.; ABC Appliance Inc.; Tech Data Corp.
and Tech Data Product Management, Inc.; The AASI
Creditor Liquidating Trust; CompuCom Systems, Inc.;
and NECO Alliance LLC*

**STIPULATION AND [PROPOSED] ORDER
REGARDING TRACK 2 EXPERT DEPOSITIONS**    -2-
**AND DAUBERT MOTIONS SCHEDULE**     CASE NO. M:07-MD-01827-SI

By: _____/s/ Scott N. Wagner_____
      Robert W. Turken
      Mitchell E. Widom
      Scott N. Wagner
      BILZIN SUMBERG BAENA PRICE & AXELROD
      LLP
      1450 Brickell Avenue, Suite 2300
      Miami, FL 33131-3456
      Telephone: (305) 374-7580
      Facsimile: (305) 374-7593
      Email: rturken@bilzin.com
            mwidom@bilzin.com
            swagner@bilzin.com

*Attorneys for Plaintiffs Tech Data Corp. and Tech Data Product Management, Inc. and The AASI Creditor Liquidating Trust*


By: _____/s/ H. Lee Godfrey_____
      H. Lee Godfrey
      Kenneth S. Marks
      Jonathan J. Ross
      Johnny W. Carter
      SUSMAN GODFREY L.L.P.
      1000 Louisiana Street, Suite 5100
      Houston, TX 77002
      Telephone: (713) 651-9366
      Facsimile: (713) 654-6666
      Email: lgodfrey@susmangodfrey.com
            kmarks@susmangodfrey.com
            jross@susmangodfrey.com
            jcarter@susmangodfrey.com

      Parker C. Folse III
      Rachel S. Black
      Jordan Connors
      SUSMAN GODFREY L.L.P.
      1201 Third Avenue, Suite 3800
      Seattle, WA 98101-3000
      Telephone: (206) 516-3880
      Facsimile: (206) 516-3883
      Email: pfolse@susmangodfrey.com
            rblack@susmangodfrey.com
            jconnors@susmangodfrey.com

*Attorneys for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

**STIPULATION AND [PROPOSED] ORDER**
**REGARDING TRACK 2 EXPERT DEPOSITIONS**    -3-
**AND DAUBERT MOTIONS SCHEDULE**                    CASE NO. M:07-MD-01827-SI

By: _____ /s/ Marc M. Seltzer _____
Marc M. Seltzer (54534)
Steven G. Sklaver (237612)
SUSMAN GODFREY LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA  90067-6029
Telephone:  (310) 789-3100
Facsimile:  (310) 789-3150
Email: mseltzer@susmangodfrey.com
        ssklaver@susmangodfrey.com

Erica W. Harris
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, TX  77002-5096
Telephone:  (713) 651-9366
Facsimile:  (713) 654-6666
Email: eharris@susmangodfrey.com

*Attorneys for SB Liquidation Trust*


By: _____ /s/ James B. Baldinger _____
James B. Baldinger
Florida Bar No.: 869899
jbaldinger@carltonfields.com
Robert L. Ciotti
Florida Bar No.: 333141
rciotti@carltonfields.com
David B. Esau
Florida Bar No.: 650331
desau@carltonfields.com
CARLTON FIELDS, P.A.
CityPlace Tower – Suite 1200
525 Okeechobee Boulevard
West Palm Beach, Florida 33401
Telephone: (561) 659-7070
Facsimile: (561) 659-7368

*Counsel for TracFone Wireless, Inc.*

By: _____ /s/ Lee F. Berger _____
Holly A. House (State Bar No. 136045)
Kevin C. McCann (State Bar No. 120874)
Lee F. Berger (State Bar No. 222756)
Sean Unger (State Bar No. 231694)
PAUL HASTINGS LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA  94105
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100
Email: kevinmccann@paulhastings.com
        hollyhouse@paulhastings.com
        leeberger@paulhastings.com
        seanunger@paulhastings.com

Brad D. Brian (State Bar No. 079001)
Jerome C. Roth (State Bar No. 159483)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Los Angeles, CA  90071-1560
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702
Email:  Brad.Brian@mto.com

*Attorneys for Defendants LG Display Co., Ltd. and LG Display America, Inc.*

By: _____ /s/ Stephen P. Freccero _____
Melvin R. Goldman (SBN 34097)
Stephen P. Freccero (SBN 131093)
Derek F. Foran (SBN 224569)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522
Email:  mgoldman@mofo.com
        sfreccero@mofo.com
        dforan@mofo.com

*Attorneys for Defendants Epson Imaging Devices Corporation and Epson Electronics America, Inc.*

By: _____/s/ Carl L. Blumenstein_____

Carl L. Blumenstein (State Bar No. 124158)
Christopher A. Nedeau (State Bar No. 81297)
Farschad Farzan (State Bar No. 215194)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 398-3600
Facsimile: ( 415) 398-2438
Email: cnedeau@nossaman.com
        cblumenstein@nossaman.com
        ffarzan@nossaman.com

*Attorneys for Defendants AU Optronics Corporation and AU Optronics Corporation America*

By: _____/s/ Christopher M. Curran_____

Christopher M. Curran *(pro hac vice)*
Martin M. Toto *(pro hac vice)*
John H. Chung *(pro hac vice)*
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: ccurran@whitecase.com
        mtoto@whitecase.com
        jchung@whitecase.com

*Attorneys for Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc. and Toshiba America Information Systems, Inc.*

By: _____/s/ Neal A. Potischman_____
Neal A. Potischman (SBN 254862)
neal.potischman@davispolk.com
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

*Counsel for Defendants Chi Mei Optoelectronics
Corp. (n/k/a Innolux Corporation), Chi Mei
Optoelectronics USA, Inc., and CMO Japan Co., Ltd.
for the Office Depot, Inc., Interbond Corp. of America,
Schultze Agency Services, LLC, P.C. Richard & Son
Long Island Corp., et al., Tech Data Corp., et al., The
AASI Creditor Liquidating Trust, CompuCom Systems,
Inc., and NECO Alliance LLC Actions Only*

_____/s/ Michael R. Scott_____
Michael R. Scott (pro hac vice)
mrs@hcmp.com
Michael J. Ewart (pro hac vice)
mje@hcmp.com
HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

*Counsel for Chi Mei Optoelectronics Corporation
(n/k/a Innolux Corporation), CMO Japan Co., Ltd.,
and Chi Mei Optoelectronics USA, Inc. for the
MetroPCS Wireless, Inc. Action Only*

By: _____/s/ William S. Farmer_____
William S. Farmer (SBN 46694)
David C. Brownstein (SBN 141929)
Jacob P. Alpren (SBN 235713)
Farmer Brownstein Jaeger LLP
235 Pine Street, Suite 1300
San Francisco, CA 94104
Telephone: (415) 795-2050
Email: wfarmer@fbj-law.com
        dbrownstein@fbj-law.com
        jalpren@fbj-law.com

*Counsel for Chunghwa Picture Tubes, Ltd. in the
MetroPCS Wireless Action Only*

By: _____/s/ Rachel S. Brass_____
     Rachel S. Brass (SBN 219301)
     Joel S. Sanders (SBN 107234)
     Austin V. Schwing (SBN 211696
     GIBSON, DUNN & CRUTCHER LLP
     555 Mission Street, Suite 3000
     San Francisco, California 94105
     (415) 393-8200 / (415) 393-8306
     *jsanders@gibsondunn.com*
     *rbrass@gibsondunn.com*

     *Attorneys for Defendants Chunghwa Picture Tubes,*
     *Ltd. in the Office Depot, Jaco Electronics, TracFone,*
     *Interbond, Schultze Agency Services, PC Richard,*
     *Tech Data, AASI Creditor Liquidating Trust, and*
     *CompuCom Actions Only*

By: _____/s/ Harrison J. Frahn IV_____
     James G. Kreissman (SBN 206740)
     Harrison J. Frahn IV (SBN 206822)
     Jason M. Bussey (SBN 227185)
     Elizabeth A. Gillen (SBN 260667)
     Melissa D. Schmidt (SBN 266487)
     SIMPSON THACHER & BARTLETT LLP
     2475 Hanover St.
     Palo Alto, California 94304
     Telephone: (650) 251-5000
     Facsimile: (650) 251-5001
     jkreissman@stblaw.com
     hfrahn@stblaw.com
     jbussey@stblaw.com
     egillen@stblaw.com
     melissa.schmidt@stblaw.com

     *Attorneys for Defendant HannStar Display*
     *Corporation*

By: _____/s/ Jacob R. Sorensen_____
    Jacob R. Sorensen (SBN 209134)
    John M. Grenfell (SBN 88500)
    Fusae Nara (*pro hac vice*)
    Andrew D. Lanphere (SBN 191479)
    PILLSBURY WINTHROP SHAW PITTMAN LLP
    Four Embarcadero Center, 22nd Floor
    San Francisco, CA 94111
    Telephone: (415) 983-1000
    Facsimile: (415) 983-1200
    Email: john.grenfell@pillsburylaw.com
          jake.sorensen@pillsburylaw.com
          fusae.nara@pillsburylaw.com
          andrew.lanphere@pillsburylaw.com

*Attorneys for Defendants Sharp Corporation and*
*Sharp Electronics Corporation*

By: _____/s/ Kent M. Roger_____
    Kent M. Roger (Bar No. 95987)
    MORGAN LEWIS & BOCKIUS LLP
    One Market, Spear Street Tower
    San Francisco, CA 94105-1126
    Telephone: (415) 442-1000
    Facsimile: (415) 442-1001
    Email: kroger@morganlewis.com

*Attorneys for Defendants Hitachi, Ltd., Hitachi*
*Displays, Ltd. (n/k/a Japan Display Inc.) and Hitachi*
*Electronic Devices (USA), Inc.*

By: _____/s/ Stephen Holbrook Sutro_____
    George Dominic Niespolo
    Stephen Holbrook Sutro
    DUANE MORRIS LLP
    One Market , Spear Tower, Suite 2200
    San Francisco, CA 94105
    Telephone: (415) 957-3010
    Facsimile: (415) 957-3001
    Email: gdniespolo@duanemorris.com
          shsutro@duanemorris.com

*Attorneys for NEC Corporation, NEC LCD*
*Technologies, Ltd., and Renesas Electronics America,*
*Inc.*

**STIPULATION AND [PROPOSED] ORDER**
**REGARDING TRACK 2 EXPERT DEPOSITIONS**    -9-
**AND DAUBERT MOTIONS SCHEDULE**                               CASE NO. M:07-MD-01827-SI

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

**IT IS SO ORDERED.**

Dated: _____4/7/14_____          _____
                                              Hon. Susan Illston
                                              United States District Judge